IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARBBIE M. HODGE,

    Petitioner,           No. CIV S-06-0483 FCD GGH P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.        <u>ORDER</u>

_____/

    Counsel for petitioner has filed a motion for substitution of counsel and a proposed order. The April 20, 2006 request includes a lodged proposed order via ECF in .pdf format. However, counsel has not submitted a proposed order via email in word processing format in accordance with the local rules. In order for counsel's request to be considered, counsel must fully comply with Local Rule 5-137(b).

    IT IS SO ORDERED.

Dated: 5/3/06

                                    /s/ Gregory G. Hollows
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
hodg0483.lcr