```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Petitioner
    ARBBIE M. HODGE
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ARBBIE M. HODGE,              )
                                  )   No. CIV S-06-0483 FCD GGH
12              Petitioner,       )
                                  )
13       v.                       )
                                  )   ORDER
14  THOMAS L. CAREY, et al.,      )
                                  )
15              Respondent.       )
                                  )
16
```

17       Pursuant to this Motion for Substitution of Counsel and for the
18  reasons stated therein, IT IS HEREBY ORDERED that Alexis Haller shall be
19  substituted in as counsel for Petitioner in place of the Office of the
20  Federal Defender for the Eastern District of California.  The joint
21  status report shall be filed within 30 days from the date of the court's
22  order.

24  Dated: 5/18/06                      /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
26  hodg0483.po                         United States Magistrate Judge