IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARBBIE M. HODGE,

    Petitioner,                    No. CIV S-06-0483 FCD GGH P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

        A joint scheduling statement in this matter was filed on June 16, 2006, pursuant to the court's order filed March 30, 2005;[1] petitioner filed a subsequent scheduling report on August 15, 2006. After reviewing the joint statement and the subsequent report, the court issues the following ORDERS:

        1. Should petitioner choose to file an amended petition of exhausted claims only on which he elects to proceed, he must do so within 90 days, along with any memorandum of points and authorities; respondent must file an answer or dispositive motion within 60 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

---

[1] An extension of time for filing the statement was granted by order filed on May 18, 2005.

1      2. Should petitioner identify unexhausted claims which petitioner will seek to
2  exhaust, petitioner shall file an amended petition, within 90 days, setting forth all claims,
3  exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state
4  court remedies as to any claim which petitioner would seek to exhaust.  Petitioner shall move the
5  court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the
6  unexhausted claims, within 90 days; if a stay is ultimately granted, petitioner must immediately
7  pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said
8  exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

9      3. Should respondent object to any motion for a stay of proceedings by petitioner
10 to pursue unexhausted claims, respondent must file any opposition to such a motion within 30
11 days of service thereof; thereafter, petitioner has 15 days to file any reply.

12     4. If petitioner intends to make a motion for leave to conduct discovery under the
13 Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 60 days; if
14 respondent opposes any such motion respondent must do so within 30 days thereafter;
15 petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

16     5. If petitioner chooses to move for an evidentiary hearing, petitioner must do so
17 at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing,
18 respondent must file any opposition within 30 days of service of the motion, and petitioner must
19 file any reply within 15 days of service of any opposition.

20     6. Should the documentation petitioner anticipates receiving from the CDCR be
21 delayed beyond 30 days from the filing date of this order, petitioner may seek an extension of
22 time for the filing of an amended petition.

DATED: 9/22/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
hodg0483.pst