1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARBBIE HODGE,

11              Petitioner,                    No. CIV S-06-0483 FCD GGH P

12          vs.

13   THOMAS L. CAREY, et al.,

14              Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding with appointed counsel, has filed an

17   application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to

18   a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order

19   No. 262.

20          On January 16, 2009, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within twenty days.  Neither

23   party has filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1           1. The findings and recommendations filed January 16, 2009, are adopted in full;

2 and

3           2. This action is administratively stayed pending the Ninth Circuit's decision in

4 <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, __ F.3d __, No. 06-

5 55392 (9th Cir. filed May 16, 2008).

6 DATED: March 6, 2009.

                                                      FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE