IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARBBIE M. HODGE,

    Petitioner,    No. CIV S-06-483 FCD CHS P

    vs.

THOMAS L. CAREY, Warden, et al.,

    Respondents.

<u>ORDER</u>

_____/

    Petitioner, through counsel, has requested a 10 day extension of time to file a reply to respondents' objections to the Magistrate Judge's Findings and Recommendations entered on April 27, 2010. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 28, 2010 request for an extension of time is granted; and

    2. Petitioner is granted an additional 10 days in which to file a reply to respondents' objections to the Magistrate Judge's Findings and Recommendations.

DATED: June 2, 2010

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1